**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
MISC.# 5: 05CR258-8

FILED
STATESVILLE, N.C.
MAY 5 2006
U.S. DISTRICT COURT
W. DIST. OF NC

FOR THE MATTER OF THE STATE OF        )
NORTH CAROLINA SUBPOENA FOR U.S.      )
PROBATION OFFICER SCOTT LUNSFORD      )

## ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the issuance of a State of North Carolina Subpoena for the testimony of U.S. Probation Officer Scott Lunsford and the production of government records relating to probationer Amy Hamm Watson. The testimony and production of records in this proceeding may require disclosure of information protected by the Rules of this Court and the Federal Rules of Criminal Procedure.

Now; therefore, IT IS ORDERED that U.S. Probation Officer Scott Lunsford is not to appear in State Court or is he to give any pretrial, presentence or supervision information or produce any probation record relating to Amy Hamm Watson unless summoner provides this Court sufficient written justification for the need of such information, and the Court instructs the Probation Officer to release it.

This Order shall take effect immediately and shall continue until further action of this Court.

IT IS SO ORDERED this 5th day of May, 2006.

_____
Richard L. Voorhees
Chief U.S. District Court Judge